IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj34-WC |
| BOBBY STOKES, JR. | | |
| AMBER DESIREE FREDERICK | ) | |

## ORDER ON MOTION

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing (filed March 30, 2007) is hereby GRANTED and a Detention and Preliminary Hearing are set for **April 4, 2007@ 3:00 p.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 30th day of March, 2007.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE