IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj34-WC |
| BOBBY STOKES, JR. | ) | |
| AMBER DESIREE FREDERICK | ) | |

**<u>ORDER</u>**

On April 4, 2007, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendants committed the offense. Accordingly, it is

ORDERED that the defendants be bound over to the grand jury for further action and that the defendants remain in United States Marshal's custody.

Done this 5th day of April, 2007.

/s/ Wallace Capel, Jr.
_____

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE